**Order filed, May 15, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00399-CV

———————

### WILLIE RAY KELLEY, Appellant

### V.

### CLARA BROOKS, ARTHUR KELLEY, PAMELA KELLEY, MICHAEL MINNS, MICHAEL LOUIS MINNS AND JANICE OWENS, Appellee

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 11-05-20877**

## ORDER

The reporter's record in this case was due **March 19, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Judith Kulhanek**, the  court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM